**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason Stephen BELL, Defendant–Appellant.**

**No. 09–50387.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Mieke Biesheuvel, Assistant U.S. Attorney, Office of the U.S. Attorney, Santa Ana, CA, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

FCI–Federal Correctional Institution, Bastrop, TX, William Charles Melcher, Esquire, Melcher, Melcher & Melcher, Calabasas, CA, for Defendant–Appellant.

Jason Stephen Bell, pro se.

Before: SILVERMAN, CALLAHAN, N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jason Stephen Bell appeals from the 108–month sentence imposed following his guilty-plea conviction for receipt of child

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bell's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**